# United States District Court
# Central District of California

| | |
|---|---|
| CORWIN D. JACKSON,<br><br>           Plaintiff,<br><br>   v.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>           Defendant, | Case No. 2:14-cv-06592-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 8.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 1, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar.

     **IT IS SO ORDERED.**

October 17, 2014

                                            _____
                                               **OTIS D. WRIGHT, II**
                                         **UNITED STATES DISTRICT JUDGE**